AO 106 (Rev. 04/10)  Application for a Search Warrant

AUTHORIZED AND APPROVED/DATE: s/ Wilson D. McGarry 7/22/2024

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Premises known as 17190 Becker Road, Newalla,<br>Oklahoma, 74857 the surrounding curtilage, and any<br>vehicles, garages, and outbuildings thereon | )<br>)<br>)   Case No. M-24- 570  -AMG<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ **Western** _____ District of _____ **Oklahoma** _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a)&(d) | Armed Bank Robbery |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kalli Wakefield, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/22/24

_____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma

Amanda Maxfield Green, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

I, Special Agent Kalli Wakefield, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed since September, 2022. I am currently assigned to the Violent Crime Squad of Oklahoma City Division of the FBI, and have been assigned to that squad for approximately three (3) months. As a Special Agent with the FBI, I am a law enforcement officer of the United States as defined by 18 U.S.C. § 2510(7), meaning that I am empowered by law to conduct investigations of and to make arrests for violations of Federal law, including violations of the Major Crimes Act (MCA). During my time as a Special Agent, I have participated in numerous criminal investigations as the primary investigator or in a backup capacity.

2.      Further, I am a federal law enforcement officer who is engaged in enforcing the criminal laws of the United States, including 18 U.S.C. § 2113 (a) & (d) (Armed Bank Robbery). I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3.      This Affidavit is submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant of the property specifically described in Attachment A for the items specified in Attachment B hereto. Based on the information set forth herein, I have probable cause to believe that contraband and evidence of a crime, fruits of a crime, and instrumentalities of violations of Title 18, United States

Code, Sections 2113(a) & (d) and 922(g)(1) are located in or at: 17190 Becker Road, Newalla, Oklahoma (the "TARGET LOCATION"), which is registered in Byron Gray's name as the owner. I submit this application and Affidavit in support of a search warrant authorizing a search of the TARGET LOCATION, as further described in Attachments A and B, which is located in the Western District of Oklahoma.

4.     Located within the TARGET LOCATION to be searched, I seek to seize evidence, fruits, and instrumentalities of the foregoing criminal violations as further described in Attachment B hereto. I request authority to search the interior and exterior of the TARGET LOCATION, where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as contraband and instrumentalities, fruits, and evidence of the crime alleged below.

5.     The statements contained in this affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI.  Because this affidavit is being submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation.  Instead, I have set forth only the facts that I believe are necessary to establish probable cause that evidence of a crime in violation of 18 U.S.C. § 2113(a) & (d) (Armed Bank Robbery) and 922(g)(1) (Felon in Possession of a Firearm), is presently located in or at the TARGET LOCATION.

2

## BANK ROBBERY INVESTIGATION

6.      On July 5, 2024, at approximately 3:30 p.m., FNB Bank, located at 20941 SE 29th St. in Harrah, Oklahoma (Oklahoma County, Western District of Oklahoma), was robbed. The FNB Bank is located inside of a Harps grocery store. The subject brandished a pistol with a silver slide and demanded money from the tellers. The tellers complied and gave the subject money from their teller drawer. The subject wore a mask which obscured most of his face, but the area around the subject's eyes and subject's hands were not obscured. In reviewing the security footage from the bank along with witness statements, the robber was determined to be a black male. The subject appeared to be more than 6' tall and weighed 230 lbs. or more. The subject was also wearing a blue pullover. Security footage captured the subject arriving in a white 2012 Hyundai Elantra bearing Oklahoma Tag KVE869 (the "Elantra"). In the security video the subject parked the vehicle at the grocery store, exited from the driver's side, entered the grocery store to rob the bank inside of it, and later got back into the driver's side of the Elantra and drove away. The video footage was not able to determine if others were present in the vehicle. The bank manager later told investigators that the suspect stole 12,123.00 in U.S. currency from the teller drawers. On July 5, 2024, the deposits from the FNB Bank were insured by the Federal Deposit Insurance Corporation.

7.      The registration for the Elantra came back to Jennifer Marie Campbell at 17190 Becker Rd., Newalla, Oklahoma, the TARGET LOCATION. The residence sits in a rural and wooded area of approximately five or so acres in Cleveland County, which is located in the Western District of Oklahoma. After determining the vehicle registration,

3

Cleveland County Sheriff deputies drove to this address and observed Campbell in the front yard near a vehicle, a white Chrysler 200 with the license plate of Arkansas 548TYG (the "Chrysler"). Deputies asked Campbell where the Elantra was located. Campbell replied it was behind the TARGET LOCATION.[1] Deputies located the Elantra parked behind the residence. Campbell agreed to talk with deputies. Campbell stated the residence belonged to her boyfriend, Byron Gray. Campbell also stated that Gray has a brother named Brian Mays who often stays at the residence. According to Campbell, Mays had planned to stay at the TARGET LOCATION for a couple of days. Campbell explained to deputies that she had sold the Elantra to Mays around six months ago, but he never changed the title over to his name. Campbell said the property's "ranch hand," Alston Taylor, was called prior to deputies' arrival by either Gray or Mays and was told to move Elantra around to the back of property. Campbell stated that she was contacted by Gray several minutes prior to the deputy's arrival and instructed to go check the Elantra for money. Gray had instructed her to drive the Chrysler parked in front of the residence to the neighbor's house until officers left. Investigators were able to see through the window into the Chrysler and observed what appeared to be a silver slide pistol, similar in style to what was used in the bank robbery. Campbell was asked who owned the Chrysler, and she replied it was Gray's vehicle.

---

[1] Based on finding the Elantra at the TARGET LOCATION soon after the bank robbery and based on the other facts uncovered in this investigation which are set forth in this Affidavit, I believe that Mays drove the Elantra to the TARGET LOCATION and left the Elantra at the TARGET LOCATION after committing the bank robbery.

4

8.      While speaking with investigators, Campbell stated that Gray had left the house to go to the feed store, but before he left, he told her to be ready to go in about an hour and a half to go to the Grand Lake Casino, in Grove, Oklahoma, to pick up money. Campbell told investigators the day before the bank robbery Mays asked for a ski mask. When shown a photo of the robbery suspect from surveillance footage at the bank, Campbell immediately stated there is no way there subject was Gray. She explained that the suspect was wearing what appeared to be a dark blue Carhartt pullover and that Gray is a Blood gang member and would never wear blue clothing.

9.      While Campbell claimed to not know anything about the bank robbery, she did provide knowledge of other crimes. Campbell stated that she and Gray distributed methamphetamine between Oklahoma and Arkansas. During the interview with Campbell, she consented for investigators to search her phone for text messages between Gray and Mays. During the search, investigators found photos of Gray with what appeared to be various rifle-style firearms. Investigators also found photos of a white male with a silver slide pistol whom she identified as Taylor, the ranch hand, who often stays on the property. The time stamps on the pictures of both Gray and Taylor were from earlier that day between 1:30 a.m. and 2:45 a.m. Campbell claimed they were taken from inside Campbell's and Gray's bedroom inside the TARGET LOCATION. Campbell's phone also contained pictures dated May 11, 2024, which showed a black male's hand holding what appeared to be a pound quantity of methamphetamine.

10.      While deputies were outside the TARGET LOCATION questioning Campbell, Gray arrived at the TARGET LOCATION and was detained by deputies.

Investigators spoke with Gray, and he advised he had woken up 2:30 p.m. on July 5, 2024, at the TARGET LOCATION. Gray said he had Campbell fix him breakfast and left the TARGET LOCATION at around 4:30 p.m. to go to the Shawnee Feed Center in Shawnee, Oklahoma. Gray mentioned that when he was leaving his residence, he saw his brother, Mays, and asked him if he wanted a ride. Mays got into Gray's white GMC SUV and rode with him to Shawnee. Gray stated while they were driving, Mays said, "I did it, Kirk (Gray's middle name). I can't believe how easy it was. I did it." Gray asked, "You did what?" Mays replied, "I took down a bank." Gray told investigators he did not believe Mays because Mays never showed him money. Gray said he told Mays if he got money, he needed to pay him $3,000, which Mays owed to Gray. Gray said he never got paid by Mays. When Gray and Mays left the feed store, Gray stated he dropped Mays off at the Walmart Super Center in Shawnee, Oklahoma, so he could send money to his girlfriend. Gray said it was odd because he asked Mays if he wanted him to wait to take Mays back to the house and Mays told him, "No." Gray asked Mays if he was coming back to the house to get his vehicle, the Elantra. Mays told him he would be back eventually to get it.

11.     Gray was shown a photo of the bank robbery suspect. Gray told investigators he had seen two similar pistols to the ones seen in the photo the suspect had during the bank robbery. Gray said Mays had a Smith and Wesson 9mm with a silver slide and Taylor had a pistol with a silver slide that was a 40 caliber.[2] While investigators were speaking with Gray, they noticed he was built very similar to the bank robbery suspect.

---

[2]     During investigator's conversation with Campbell she voluntarily showed investigators a photo on her phone which depicted Taylor with a pistol with a silver slide.

Gray was approximately 6' tall and weighed around 210 pounds. However, Gray described Mays as 6' and weighed around 260 pounds, which after my review of the bank surveillance footage, discussions with other law enforcement, and witness interviews, I believe to be more consistent with the physical make up of the bank robber.

12.     While at Gray's residence, the Elantra and Chrysler were impounded to the Oklahoma City FBI Field Office. While loading the vehicle on the back of the tow trucks, shell casings on the ground on the north side of the house were observed. Gray, Mays, Campbell, and Alston are convicted felons out of Arkansas.

13.     Search warrants for both Campbell and Grays's cell phones that were seized on July 5, 2024, were written, and sworn out on July 11, 2024. Within the review of Gray's cell phone, a text message was found from Gray to Mays on July 5, 2024, at approximately 5:47 p.m. The text message said, "The police at my house! Where is the money." While reviewing both Campbell and Gray's cell phones, ten (10) photographs of Gray with rifle-style firearms were found. The photographs were timestamped with July 5, 2024, between approximately 1:34 a.m. and 1:40 a.m.

14.     Based on my training and experience, I know that criminals often keep or leave evidence of the crime in the house where they live or stay, including firearms, cash, clothing and other items related to bank robbery. I also know, based on my training and experience, that criminals often leave evidence of planning or coordinating a bank robbery inside of their house. Based on my training and experience, I know that criminals often firearms in their residences for long periods of time. Gray is currently living at the TARGET LOCATION.

## CONCLUSION

15.     Based on the foregoing, there is probable cause to believe that the federal crimes of bank robbery and felon in possession of a firearm, in violation of 18 U.S.C. §§ 2113(a) and 922(g)(1), have been committed and that contraband, property, evidence, fruits and instrumentalities of these offense, as more fully described in Attachment B of this Affidavit, are located at the TARGET LOCATION, described in Attachment A. I respectfully request that this Court issue a search warrant for the TARGET LOCATION, authorizing the search and the seizure of the items described in Attachment B.

Kalli Wakefield, Special Agent
Federal Bureau of Investigation

Sworn to me this 22nd day of July, 2024

AMANDA MAXFIELD GREEN
United States Magistrate Judge

8

## **ATTACHMENT A**

### **PROPERTY TO BE SEARCHED**

17190 Becker Road, Newalla, Oklahoma 74857



**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use, or which is or has been used as the means of committing a criminal offense, namely violations of 18 U.S.C. §§ 2113(a)&(d) and 922 (g) (1), including but not limited to:

1) Any type of firearm;

2) Ammunition, to include ammunition components;

3) Electronic devices;

4) Currency Bank Bands;

5) Clothing;

6) Receipts, notes, and other related documents;